```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0067--CR (RRB)
                           "USA V WOODROW REED HULL"
                           DEF 1.1 HULL, WOODROW REED

            Including terminated defendants, excluding terminated counsel


    Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:   The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:   07/28/05
            Closed:   NO
No. of Defendants:    1
   MJ Case Number:    A05-0138--MJ
               AKA:   THICK_IN_AK, WOODY
   Location status:   U.S. Custody
        Trial date:   10/04/05
        Terminated:   NO
Needs interpreter:    NO
Counsel of record:    Allen N. Dayan
                      Allen N. Dayan & Associates
                      745 W. 4th Avenue, Suite 230
                      Anchorage, AK 99501
                      907-277-2330
                      FAX 907-277-7780
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:    James A. Goeke
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


Counts re: DEF 1.1 HULL, WOODROW REED

Document           Count    Citation and Description                          Disposition
_____           _____    _____                          _____
   1 -   1 IND       1      18:2422(b) ATTEMPTED ENTICEMENT OF A MINOR USING  Pending
                            THE INTERNET (F)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A05-0067--CR (RRB)
                  "USA V WOODROW REED HULL"

                      For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 07/28/05
            Closed: NO
 No. of Defendants: 1


 Document #   Filed     Docket text

      1 -  1  07/28/05  [Re: DEF 1] PLF 1 Indictment.

   NOTE -  1  07/29/05  Notation: Proposed Trial Date Setting for Arr to USDJ.

      2 -  1  07/29/05  [Re: DEF 1] MDJ Grand Jury Minutes re: no bail set; set for arr & notify
                        USM; def in federal custody @ ACCE.

      3 -  1  07/29/05  [Re: DEF 1] Documents 2-11 transferred from: A05-0138 MJ (JDR).

      4 -  1  07/29/05  [Re: DEF 1] JDR Minute Order resetting 8/1/05 prel hrg in A05-138 MJ
                        (JDR) before MJ Hall as arr in this case @ 11:00 a.m. on 8/1/05 before
                        MJ Hall.  cc: USA, FPD, USM, USPO, Judge Sedwick

      5 -  1  08/02/05  [Re: DEF 1] TWH Court Minutes [ECR: Robin Carter] Re: arr on indt held
                        (8/1/05); A. Dayan retained; def pled not guilty to Ct 1 of the Indt;
                        ptms due 8/12/05; cnsl advised of trial date of 10/11/05 at 9:00 a.m.;
                        fptc set 10/11/05 at 8:30 a.m.  cc: USA, A. DAYAN; USM, USPO, Judge
                        Sedwick

      6 -  1  08/02/05  [Re: DEF 1] TWH Order of Detention Pending Trial.  cc: USA, A. DAYAN,
                        USM, USPO

      7 -  1  08/02/05  [Re: DEF 1] TWH Order regarding preparation for trial; ptms due 8/12/05;
                        cnsl to meet and confer 8/5/05.  cc: USA, A. DAYAN

      8 -  1  08/03/05  [Re: DEF 1] JWS Minute Order setting TBJ on 10/11/05 @ 9:00 a.m. & FPTC
                        set 10/11/05 @ 8:30 a.m.  cc: USA, A. Dayan, USM, USPO, MJ Roberts, JC

      9 -  1  08/05/05  [Re: DEF 1] PLF 1 Discovery Conf Certificate.

     10 -  1  09/27/05  [Re: DEF 1] PLF 1 Unopposed motion on shortened time to advance trial
                        date.

     11 -  1  09/27/05  [Re: DEF 1] JWS Minute Order reassigning case by agreement of the judges
                        to Judge Beistline; use case number A05-0067 CR (RRB) on all future
                        filings.  cc: USA, A. Dayan, USM, USPO, Judge Beistline, MJ Roberts, JC

     12 -  1  09/27/05  [Re: DEF 1] RRB Order granting unoppo mot on shortened time to advance
                        trial date (10-1); TBJ is reset from 10/11/05 to 10/4/05 @ 9:00 a.m.;
                        FPTC reset to 9/30/05 @ 10:00 a.m..  cc: USA, A. Dayan, USM, USPO, MJ
                        Roberts, JC

     13 -  1  09/27/05  [Re: DEF 1] PLF 1 Trial Brief w/att exhs.

     14 -  1  09/28/05  [Re: DEF 1] RRB Minute Order the fptc set for 9/30/05 at 10:00 a.m. is
                        changed to 9:30 a.m. in Courtroom #2.   cc: AUSA, A. DAYAN, USM, USPO

     15 -  1  09/28/05  [Re: DEF 1] PLF 1 Notice of intent to use DEPS.
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0067--CR (RRB)
                            "USA V WOODROW REED HULL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 09/29/05 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 17 - 1 | 09/29/05 | DEF 1 Proposed Jury Instructions. |
| 18 - 1 | 09/29/05 | DEF 1 Trial Brief. |
| 19 - 1 | 09/29/05 | DEF 1 Proposed Voir Dire Questions. |
| 20 - 1 | 09/30/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: FPTC held 9/30/05; tbj previously set to commence 10/4/05. cc: USA, A. DAYAN, USM, USPO, JC |
| 21 - 1 | 09/30/05 | [Re: DEF 1] PLF 1  Proposed Voir Dire. |
| 22 - 1 | 10/05/05 | [Re: DEF 1] RRB Court Minutes [ECR: April Karper/Robin Carter] re TBJ - 1st Day (held 10/4/05); govt's oral mot to read online chats to jury GRANTED, to be read by a male; TBJ cont to 10/5/05 at 8:30 a.m.; cc: USA, A. Dayan, USM,  USPO. |
| 23 - 1 | 10/07/05 | [Re: DEF 1] RRB Court Minutes [ECR: April Karper/Elisa Singleton] re TBJ 2nd Day (held 10/5/05); govt's oral mot to amend the Indt to add age of 13 GRANTED; def's oral mot to excuse jurors 5 and 11 taken under advisement; TBJ cont to 10/6/05 at 8:30 a.m.; cc: USA, A. Dayan, USM, USPO. |
| 24 - 1 | 10/07/05 | [Re: DEF 1] RRB Court Minutes [ECR: April Karper/Elisa Singleton] re TBJ 3rd Day (held 10/6/05); def guilty on ct 1 of the Indt; IOS set for 12/13/05 at 9:00 a.m.; def det cont; w/att list of wit, list of exh, and original jury notes; cc: USA, A. Dayan, USM, USPO, MJ Roberts. |
| 25 - 1 | 10/11/05 | Jury Instructions. |
| 26 - 1 | 10/11/05 | [Re: DEF 1] Verdict, def found guilty as charged in count 1 of the Indictment. |