**FILED**
DEC 0 9 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deput*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  HULL

DATE:   December 9, 2005    CASE NO.   A05-0067 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE  RRB/☺

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING TIME FOR HEARING**

---

Due to a criminal trial, the **time** for the sentencing hearing in this matter on **Tuesday, December 13, 2005,** has been **changed** from 9:00 a.m. to **3:30 p.m.**, in Courtroom 2.

M.O. RESCHEDULING TIME FOR HEARING

29