RECEIVED
AFTER 4:30 P.M.

TIMOTHY M. BURGESS
United States Attorney

JAMES GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

FILED

DEC 09 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____PO_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. A05-0067 CR (RRB) |
| ) | |
| Plaintiff, ) | **UNOPPOSED MOTION TO** |
| ) | **CONTINUE DECEMBER 13,** |
| v. ) | **2005, SENTENCING DATE** |
| ) | **FOR A FEW DAYS** |
| WOODROW REED HULL, a/k/a ) | |
| "thick_in_ak", "Woody", ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States of America by and through counsel, and

moves the court to continue the current sentencing date of December 13, 2005,

into the following week. This request is based on the unavailability of Assistant

United States Attorney James Goeke. Allen Dayan, attorney for Hull, does not

oppose this request.

Mr. Goeke was the trial attorney in this case, and if at all possible, would

30

like to handle Mr. Hull's sentencing.  Mr. Goeke will be trying a child

pornography case  before Judge Sedwick, starting on Monday, December 12,

2005, in <u>United States v. Tommy Hanson</u>, K05-0003 CR (JWS), and cannot be

available December 13th.

Mr. Dayan's office was contacted telephonically about Mr. Goeke's

unavailability, and did not oppose continuing the sentencing.  Mr. Dayan's office

advised that he would be available the following week for sentencing, on Monday

December 19th in the afternoon, on Tuesday, December 20th in the afternoon , or on

Wednesday December 21st at any time after 9:00 a.m.  Mr. Goeke would also be

available for sentencing on those dates.

RESPECTFULLY SUBMITTED this _9th_ day of December, 2005, at

Anchorage, Alaska.

TIMOTHY M.  BURGESS
United States Attorney

_Audrey Renschen_

FOR JAMES GOEKE
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct
copy of the **UNOPPOSED MOTION TO CONTINUE
DECEMBER 13, 2005, SENTENCING DATE**
was faxed (277-7780) on  December 9, 2005, to:

Allen Dayan
745 West 4th Avenue, Suite 230
Anchorage, AK 99501

Executed at Anchorage, Alaska, on December 9, 2005.
_Audrey Renschen_
Office of the U.S. Attorney