



LODGED

IN THE UNITED STATES DISTRICT COURT

DEC 0 9 2005

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. A05-0067 CR  (RRB) |
| ) | |
| Plaintiff,   ) | **ORDER** ~~GRANTING~~ |
| ) | **UNOPPOSED MOTION TO** |
| v.   ) | **CONTINUE DECEMBER 13,** |
| ) | **2005, SENTENCING DATE** |
| WOODROW REED HULL, a/k/a   ) | **FOR A FEW DAYS** |
| "thick_in_ak", "Woody",   ) | |
| ) | |
| Defendant.   ) | |

Having considered the unopposed motion to continue sentencing a few days to accommodate the unavailability of the government's attorney, the Court hereby **GRANTS THE MOTION** to continue sentencing.

The sentencing hearing is now re-scheduled for DECEMBER ____, 2005, at ____ AM/PM.

12/12/05  Denied

IT IS SO ORDERED.

Date: _____    RALPH R. BEISTLINE
                                 United States District Court Judge