FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 2: 44

ALLEN N. DAYAN
Alaska Bar # 8811179
ALLEN N. DAYAN & ASSOCIATES
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330
Attorney for: WOODROW HULL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>           Plaintiff,               )<br>  vs.                               ) Case No. A05-0067 CR (RRB)<br>                                    )<br>WOODROW HULL,                       )<br>                                    )<br>           Defendants.              )<br>_____) | |

MOTION ON SHORTENED TIME TO WITHRAWAL

COMES NOW, Allen N. Dayan and moves this Court to allow him to withdraw as counsel for Woodrow Hull, and that the court appoint counsel to represent the defendant in his appeal. This Motion is supported by the attached affidavit of counsel.

A period of excusable delay under 18 U.S.C. 3161 may result from this court's consideration of this motion.

DATED this 16 day of December, 2005, at Anchorage, Alaska.

ALLEN N. DAYAN
Attorney for Defendant

_____
Allen N. Dayan

ALLEN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

1

34

AFFIDAVIT OF ALLEN N. DAYAN

STATE OF ALASKA            )
                           )
THIRD JUDICIAL DISTRICT    )ss.

I, Allen N. Dayan, being first duly sworn upon oath, depose and state as follows:

1. I am the attorney of record for Woodrow Hull in Case No. A05-0067 CR (RRB)

2. Mr. Hull has requested that I withdraw as his attorney and that I request that the court appoint him counsel for appealing the conviction and sentence in his case

3. For the reasons stated above, I think it is appropriate that I withdraw from further representation of Mr. Hull.

FURTHER AFFIANT SAYETH NOT.

_____
Allen N. Dayan

SUBSCRIBED AND SWORN TO before me this 16th day of December, 2005, at Anchorage, Alaska.

Heather E. Davis
NOTARY PUBLIC in and for Alaska
My Commission Expires: 10/17/2009

Page 1 of 1

CERTIFICATE OF SERVICE
I certify that a true and correct copy of the foregoing motion and order was hand delivered to:

U.S. Attorney Office
Federal Building, U.S. Courthouse
222 W. 7th Avenue, Room 253
Anchorage, Alaska  99513-7567

By: *Heather E. Da[n]i*
Date: December 16, 2005

ALLEN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

2