ALLEN N. DAYAN
Alaska Bar # 8811179
ALLEN N. DAYAN & ASSOCIATES
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330
Attorney for: WOODROW HULL

LODGED
DEC FILED
DEC 2 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )
    vs.                         ) Case No. A05-0067 CR (RRB)
                                )
WOODROW HULL,                   )
                                )
              Defendants.       )
_____)

**ORDER GRANTING MOTION ON SHORTENED TIME TO WITHDRAW**

IT IS HEREBY ORDERED that Allen N. Dayan's Motion on shortened time to Withdraw as attorney of record for Woodrow Hull is hereby GRANTED. It is further ORDERED that counsel will be appointed to represent defendant.

Dated this 19 day of December, 2005 at Anchorage, Alaska.

_____
U.S. DISTRICT JUDGE RALPH R. BEISTLINE

PD 12-20-05

ALLEN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

3

35