**FILED**

UNITED STATES COURT OF APPEALS

**JUL 27 2007**

FOR THE NINTH CIRCUIT

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WOODROW REED HULL,<br><br>Defendant - Appellant. | No. 06-30014<br><br>D.C. No. CR-05-00067-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

JUL 3 0 2007

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

Before: SCHROEDER, Chief Judge, HAWKINS and WARDLAW, Circuit Judges.

On March 19, 2007, the court ordered appellant's counsel Mark Alan Rosenbaum, Esq., to file a response to this court's order to show cause. Counsel has failed to file a timely response.

A monetary sanction in the amount of $1000 is imposed on attorney Mark Alan Rosenbaum, Esq., for failure to comply with this court's rules and orders. The sanction is imposed as a judgment and shall be paid to the Clerk of this Court within 21 days of the filing date of this order. Failure to comply with this order may result in the imposition of additional sanctions on counsel as well as referral of this judgment to the United States Attorney for collection.

06-30014

7) Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk,

4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910;

8) Magistrate Judge Barry M. Kurren, U.S. District Court for the District of Hawaii,

P.O. Box 50122, Honolulu, Hawaii 96850;

9) Chief Magistrate Judge Mikel H. Williams, U.S. District Court for the District of

Idaho, 550 West Fort Street, Boise, Idaho 83724-0101;

10) Magistrate Judge Carolyn S. Ostby, U.S. District Court for the District of

Montana, 316 North 26th Street, Room 5405, Billings, Montana 59101;

11) Frances A. Forsman, Federal Public Defender, 411 East Bonneville Avenue, Suite

250, Las Vegas, Nevada 89101;

12) Rosemary Damron, CJA Deputy Clerk, U.S. District Court for the District of

Nevada, 400 S. Virginia Street, Room 301, Reno, Nevada 89501;

13) Judge Alex R. Munson, U.S. District Court for the District of the Northern

Mariana Islands, P.O. Box 500687, Saipan, MP 96950;

14) Steven T. Wax, Federal Public Defender, 101 S.W. Main Street, Suite 1700,

Portland, Oregon, 97204;

15) Thomas W. Hillier, II, Federal Public Defender, 1601 Fifth Avenue, Suite 700,

Seattle, Washington 98101; and

3

06-30014

16) Magistrate Judge Cynthia Imbrogno, U.S. District Court for the Eastern District of Washington, P.O. Box 263, Spokane, Washington 99210-0263.

The Clerk shall serve by certified mail (return receipt requested) a copy of this order on former counsel at 4940 Byrd Lane, Suite 100, Anchorage, Alaska 99502, (907) 243-2400 and appellant individually at Woodrow Reed Hull, Registration No. 15138-006, FCI Butner Medium I, Federal Correctional, P.O. Box 1000, Butner, North Carolina, 27509.

The Clerk shall also serve this order on the Alaska Bar Association, Steve VanGoor, Bar Counsel, P.O. Box 100279, Anchorage, Alaska 99510.

MOATT                                           4