**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __O6-30014__    U.S. District Court # __CR-05-00067-RRB__

Short Case Title __USA v. Hull__

Date Notice of Appeal Filed by Clerk of District Court __12/23/05__

**Section A - To Be completed by Party Ordering Transcript**

RECEIVED AUG 15 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | The Entire Jury trial | JURY INSTRUCTIONS |
| | Jury selection, openings, closing, Verdict | PRE-TRIAL PROCEEDINGS |
| 10/04/05 - 10/06/05 | April Korper | OTHER (All trial witness testimony) |
| 12/13/05 | | (Sentencing Hearing) |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(✓) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __8/13/07__    Estimated Date for Completion _____

Signature of Attorney __[signature]__    Phone Number __276-0151__

Address __912 V. 67th Ave.__
__Anchorage, AK 99501__

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.    (
    (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____    Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____    Court Reporter's Signature _____

(Trscrpt.des 11/96)