**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
      Plaintiff,

                          Case Number 3:07-cv-00210-RRB
                          Case Number (3:05-cr-00067-RRB)

v.

WOODROW REED HULL,
      Defendant.          **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed without prejudice.

APPROVED:

 S/Ralph R. Beistline
Ralph R. BEISTLINE
United States District Judge

 October 18, 2007                  Ida Romack
Date                                     Clerk of Court

                                      Chad Wilts
                                    (By) Deputy Clerk

[~9519438.wpd]